| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Herndon, David R. | 2. Court or Organization U.S. District Court Southern District of Illinois | 3. Date of Report 05/02/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

United States Courthouse
750 Missouri Avenue
East St. Louis, IL

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1, Assets No 18-88 |
| 2. Trustee | Trust #2, Assets No 89-122 |
| 3. Trustee | Trust #3, Assets No 123-159 |
| 4. Trustee | Trust #4, Assets No160-170 |
| 5. Trustee | Trust #5 Assets No 171-181 Trust #6 Assets No 182-192 |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/02/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Byron, Carlson, Petri & Kalb LLC SALARY |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Mass Torts Made Perfect | 02/09/2012 | Philadelphia PA | Speaker at Education Seminar | airfare and airport parking expense |
| 2. | American Conference Institute | 12/04/2012 and 12/05/2012 | New York City, NY | Speaker at Educational Seminar | hotel (directly billed) & airfare $226 |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Herndon, David R. | 05/02/2013 |

7. _____

8. _____

9. _____

10. _____

11. _____

12. _____

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/02/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First Clover Leaf Bank checking acct | B | Interest | L | T | | | | | |
| 2. Bank of Edwardsville Checking account | A | Interest | J | T | | | | | spouse |
| 3. IRA Account Pershing IRA Account | D | Dividend | M | T | | | | | assets listed below |
| 4. - (IRA) Jarden Corp Sr Sub Nt 7.5% 5/1/17 | | | | | Sold | 01/26/12 | J | A | |
| 5. - (IRA) First Horizon Natl Corp | | | | | | | | | |
| 6. - (IRA) Fractional Kinder Morgan Mgmt | | | | | Spinoff (from line 10) | 02/14/12 | J | A | cash in lieu of fractnl sh |
| 7. - (IRA) Fractional Kinder Morgan Mgmt | | | | | Spinoff (from line 10) | 05/15/12 | J | A | cash in lieu of fractnl sh |
| 8. - (IRA) Fractional Kinder Morgan Mgmt | | | | | Spinoff (from line 10) | 08/14/12 | J | A | cash in lieu of fractnl sh |
| 9. - (IRA) Fractional Kinder Morgan Mgmt | | | | | Spinoff (from line 10) | 11/14/12 | J | A | cash in lieu of fractnl sh |
| 10. - (IRA) Kinder Morgan Mgmt | | | | | | | | | |
| 11. - (IRA) Darden Restaurants | | | | | Buy | 06/25/12 | J | | |
| 12. - (IRA) Ebay Inc Com | | | | | | | | | |
| 13. - (IRA) Kraft Foods Grp | | | | | Buy | 09/25/12 | K | | |
| 14. - (IRA) Kraft Foods Grp | | | | | Buy (add'l) | 11/02/12 | K | | |
| 15. - (IRA) Omnicom Group Inc | | | | | | | | | |
| 16. - (IRA) Annaly Cap Mgmt Inc REIT | | | | | | | | | |
| 17. - (IRA) Dreyfus Treasury Prime MM | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. TRUST #1 Pershing Brokerage Account | G | Int./Div. | P1 | T | | | | | trust assets listed below |
| 19. - Dreyfus Treasury Prime Inv MM | | | | | | | | | |
| 20. - Fed Home Loan Bks Step up PY 2021 9/23/11 | | | | | Redeemed | 03/23/12 | L | A | |
| 21. - Fed Home Loan Bks Step up HC 2024 1/19/24 | | | | | Buy | 01/09/12 | K | | see below for sale in same |
| 22. - Fed Home Loan Bks Step up HC 2024 1/19/24 | | | | | Redeemed | 07/19/12 | K | A | period |
| 23. - Fed Home Loan Bks Step up XM 2020 12/29/20 | | | | | Buy | 03/26/12 | L | | see below for sale in same |
| 24. - Fed Home Loan Bks Step up XM 2020 12/29/20 | | | | | Redeemed | 06/29/12 | L | A | perod |
| 25. - Fed Home Loan Bks Step up KS 2024 07/30/24 | | | | | Buy | 07/20/12 | K | | see below for sale in same |
| 26. - Fed Home Loan Bks Step up KS 2024 07/30/24 | | | | | Sold | 12/13/12 | K | A | period |
| 27. - Jackson Cnty Mo Spl Oblig Truman Sports | | | | | | | | | |
| 28. - Deschutes Cnty Ore Sch Dist 5.25% | | | | | | | | | |
| 29. - State Pub Sch Bldg Auth PA Sch Rev 5.25% | | | | | | | | | |
| 30. - West Chester PA Area Sch Dist Ser A 5% 3/1/06 | | | | | | | | | |
| 31. - Cook Cnty ILL G/O Rfdg-Ser 5.25% | | | | | Redeemed | 12/28/12 | M | | |
| 32. -Houston Tex Util Sys Rev Rfdg Comb First | | | | | | | | | |
| 33. - Connecticut St Ser C 5% 11/1/21 B/E | | | | | | | | | |
| 34. - Hampton VA Pub Impt-Ser A Fgic-Mbia 5% | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Indiana Univ Revs Student Fee Ser S 5% 2/21/08 | | | | | | | | | |
| 36. - Metropolitan Govt Nashville Davidson 5% 1/01/25 | | | | | Redeemed (part) | 02/08/12 | K | | cusip change |
| 37. - Metropolitan Govt Nashville Davidson 5% 5/15/23 | | | | | Buy (add'l) | 02/08/12 | K | | called by lottery & repurc |
| 38. - Metropolitan Govt Nashville Davidson 5% 5/15/25 | | | | | Buy (add'l) | 12/12/12 | L | | |
| 39. - Metropolitan Govt Nashville Davidson 5% 5/15/23 | | | | | | | | | |
| 40. - Chicago ILL Sales Tax Rev Sale 5% | | | | | | | | | |
| 41. - Virginia St Res Auth Clean Wtr 6/13/04 5% | | | | | | | | | |
| 42. - Humble Tex Indpt Sch Dist Sch Bldg 5% 2/1/06 | | | | | | | | | |
| 43. - Victoria Tex Indpt Sch Dist Sch Bldg 5% 6/15/07 | | | | | | | | | |
| 44. - Missouri St Brd Pub Bldgs Spl Oblg 4.5% | | | | | | | | | |
| 45. - North Carolina St Pub Impt Ser A 5% 4/14/10 | | | | | | | | | |
| 46. - Dallas Tex Wtrwks Swr Sys rev Rfdg Impt 5% 4/1/06 | | | | | | | | | |
| 47. - Sally Hldgs LLC/Sally cap inc sr sub 10.5% | | | | | | | | | |
| 48. - Jarden Corp SR Sub Nt 7.5% | | | | | Sold | 01/26/12 | J | A | |
| 49. - First Tenn Bk NA Memphis Sub Nt 5.05% | | | | | Buy | 07/02/12 | K | | |
| 50. - HCA Inc No 6.375% 01/15/15 | | | | | Buy | 07/02/12 | J | | |
| 51. - Chesapeake energy Corp Sr Nt 9.5% | | | | | Buy | 07/02/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Hanesbrands Inc Fixed Rate Sr Nt 8% | | | | | Buy | 04/17/12 | J | | |
| 53. -Hanesbrands Inc Fixed Rate Sr Nt 8% | | | | | Redeemed (part) | 12/04/12 | J | A | |
| 54. - Southwestern Energy Co Med Term Notes 7.125% | | | | | | | | | |
| 55. - Accenture PLC Ireland Shs Cl A ACN | | | | | | | | | |
| 56. - American Tower Corp | | | | | Merged (with line 57) | 01/03/12 | K | | merger securities exchange |
| 57. - American Tower REIT com | | | | | | 01/03/12 | | | new name |
| 58. - Apple Inc | | | | | | | | | |
| 59. - Bank of America Corp | | | | | | | | | |
| 60. - BoozAllen Hamilton Hldg Corp Cl A | | | | | Sold (part) | 04/26/12 | J | | |
| 61. - BoozAllen Hamilton Hldg Corp Cl A | | | | | Sold (part) | 04/27/12 | J | | |
| 62. - BoozAllen Hamilton Hldg Corp Cl A | | | | | Sold (part) | 06/25/12 | J | | |
| 63. - BoozAllen Hamilton Hldg Corp Cl A | | | | | Sold | 06/26/12 | J | | |
| 64. - Chesapeake Energy Corp | | | | | | | | | |
| 65. - Church & Dwight Co Inc | | | | | | | | | |
| 66. - Colgate Palmolive Co | | | | | | | | | |
| 67. - Darden Restaurants Inc Com | | | | | Buy | 07/20/12 | K | | |
| 68. - EMC Corp (Mass) Com | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Energy Transfer Partners L.P. | | | | | Sold | 01/03/12 | K | A | sold "ETP" |
| 70. - Energy Transfer Equity L.P. | | | | | Buy | 01/03/12 | K | | purchased "ETE" |
| 71. - Enterprise Products Partners L.P. | | | | | | | | | |
| 72. - Honeywell Intl Inc | | | | | | | | | |
| 73. - Jarden Corp Com | | | | | | | | | |
| 74. - Kinder Morgan Energy Partners | | | | | | | | | |
| 75. - Lowes Companies Inc | | | | | | | | | |
| 76. - Markwest Energy Partners L.P. | | | | | | | | | |
| 77. - Newell Rubbermaid Inc Com | | | | | | | | | |
| 78. - Philip Morris Intl Inc com | | | | | Buy | 01/24/12 | J | | |
| 79. - Plains All American Pipeline L.P. | | | | | | 10/05/12 | | | stock split |
| 80. - Schlumberger LTD | | | | | | | | | |
| 81. - Verizon Communications Com | | | | | | | | | |
| 82. - Waters Corp Com | | | | | Sold | 12/27/12 | K | C | |
| 83. - Williams Partners L.P. | | | | | | | | | |
| 84. - Annaly Cap Mgmt Inc Com | | | | | | | | | |
| 85. - GreenHaven Continuous Commodity Index Fd | | | | | Sold | 04/09/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Starwood Ppty Tr Inc Com | | | | | Buy | 04/10/12 | K | | |
| 87. - Ishares TR MSCI Emerging Mkts Index Fd | | | | | | | | | |
| 88. - SPDR GOLD Tr Gold Shs | | | | | | | | | |
| 89. TRUST #2 Pershing Brokerage Account | C | Int./Div. | M | T | | | | | trust assets listed below |
| 90. -Drefus Treasury Prime MM | | | | | | | | | |
| 91. -Accenture PLC Ireland Sh Cl A | | | | | | | | | |
| 92. -American Tower Corp | | | | | Merged (with line 93) | 01/03/12 | J | | merger security exchanged |
| 93. -American Tower REIT com | | | | | | 01/03/12 | | | name change |
| 94. -Apple Inc | | | | | | | | | |
| 95. -Bank of America Corp | | | | | | | | | |
| 96. -Booz Allen Hamilton Hldg Corp Cl A | | | | | Sold (part) | 04/26/12 | J | | |
| 97. -Booz Allen Hamilton Hldg Corp Cl A | | | | | Sold (part) | 04/27/12 | J | | |
| 98. -Booz Allen Hamilton Hldg Corp Cl A | | | | | Sold (part) | 06/20/12 | J | | |
| 99. -Booz Allen Hamilton Hldg Corp Cl A | | | | | Sold | 06/21/12 | J | | |
| 100. -Chesapeake Energy Corp | | | | | | | | | |
| 101. -Church & Dwight Co Inc | | | | | | | | | |
| 102. -Colgate Palmolive Co | | | | | Sold | 04/10/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Darden Restaurants Inc com | | | | | Buy | 06/25/12 | J | | |
| 104. -Darden Restaurants Inc com | | | | | Buy (add'l) | 07/20/12 | J | | |
| 105. -EMC Corp (Mass) Com | | | | | | | | | |
| 106. -Ebay Inc Com | | | | | | | | | |
| 107. -Honeywell Intl Inc | | | | | | | | | |
| 108. -Ishares Trust MSCI Emerging Markets Fd EEM | | | | | | | | | |
| 109. -SPDR Gold Tr Gold Shs | | | | | | | | | |
| 110. -Jarden Corp Com | | | | | | | | | |
| 111. -Kinder Morgan Energy Partners LTD partnershp | | | | | Sold (part) | 11/02/12 | J | B | |
| 112. -Kraft Foods Group Inc Com | | | | | Buy | 09/25/12 | J | | |
| 113. -Kraft Foods Group Inc Com | | | | | Buy (add'l) | 11/02/12 | J | | |
| 114. -Lowes Companies Inc | | | | | | | | | |
| 115. -Newell Rubbermaid Inc Com | | | | | | | | | |
| 116. -Omnicom Group Inc | | | | | | | | | |
| 117. -Philip Morris Intl Inc Com | | | | | Buy | 01/24/12 | J | | |
| 118. -Schlumberger LTD | | | | | | | | | |
| 119. -Verizon Communications Com | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Waters Corp Com | | | | | Sold | 12/21/12 | J | A | |
| 121. -Annaly Cap Mgmt Inc Com REIT | | | | | | | | | |
| 122. -Starwood Ppty Tr Inc com | | | | | Buy | 04/10/12 | J | | |
| 123. TRUST #3 Pershing Brokerage Account | D | Int./Div. | N | T | | | | | trust assets listed below |
| 124. -Dreyfus Treasury Prime Money Market | | | | | | | | | |
| 125. -Accenture PLC Ireland Shs Cl A | | | | | | | | | |
| 126. -American Tower Corp Cl A | | | | | Merged (with line 127) | 01/03/12 | J | | merger securities exchange |
| 127. -American Tower REIT | | | | | Open | 01/03/12 | | | new name |
| 128. -Apple Inc | | | | | | | | | |
| 129. -Bank of America Corp | | | | | | | | | |
| 130. -Booz Allen Hamilton Hldg Corp Cl A | | | | | Sold (part) | 04/26/12 | J | | |
| 131. -Booz Allen Hamilton Hldg Corp Cl A | | | | | Sold (part) | 04/27/12 | J | | |
| 132. -Booz Allen Hamilton Hldg Corp Cl A | | | | | Sold (part) | 06/20/12 | J | | |
| 133. -Booz Allen Hamilton Hldg Corp Cl A | | | | | Sold | 06/21/12 | J | | |
| 134. -Chesapeake Energy Corp | | | | | | | | | |
| 135. -Church & Dwight Co Inc | | | | | | | | | |
| 136. -Colgate Palmolive Co | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Darden Restaurants Inc Com | | | | | Buy | 06/25/12 | J | | |
| 138. -Darden Restaurants Inc Com | | | | | Buy (add'l) | 07/20/12 | J | | |
| 139. -EMC Corp (Mass) Com | | | | | | | | | |
| 140. -Ebay Inc Com | | | | | | | | | |
| 141. -Honeywell Intl Inc | | | | | | | | | |
| 142. -ALPS ETF Tr Alerian Mlp Etf | | | | | | | | | |
| 143. -GreenHaven Continuous Commodity Index Fd | | | | | Sold | 04/09/12 | J | | |
| 144. -IShares Trust MSCI Emerging Markets Index EEM | | | | | | | | | |
| 145. -IShares Tr S&P Midcap 400 Value Index Fd | | | | | | | | | |
| 146. -Jarden Corp Com | | | | | | | | | |
| 147. -Kinder Morgan Energy Partners LP | | | | | | | | | |
| 148. -Kraft Foods Group Inc Com | | | | | Buy | 09/25/12 | J | | |
| 149. -Kraft Foods Group Inc Com | | | | | Buy (add'l) | 11/02/12 | J | | |
| 150. -Lowes Companies Inc | | | | | | | | | |
| 151. -Newell Rubbermaid Inc Com | | | | | | | | | |
| 152. -SPDR Gold Tr Gold Shs | | | | | | | | | |
| 153. -Omnicom Group Inc | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Philip Morris Intl Inc Com | | | | | Buy | 01/24/12 | J | | |
| 155. -Schlumberger LTD | | | | | | | | | |
| 156. -Verizon Communications Com | | | | | | | | | |
| 157. -Waters Corp Com | | | | | Sold | 12/21/12 | J | B | |
| 158. -Annaly Cap Mgmt Inc Com | | | | | | | | | |
| 159. -Starwood Ppty Tr Inc Com | | | | | Buy | 04/10/12 | J | | |
| 160. TRUST #4 Pershing Brokerage Account | C | Int./Div. | M | T | | | | | trust assets listed below |
| 161. -Dreyfus Treasury Prime Inv Sh MM | | | | | | | | | |
| 162. -ALPS Etf Tr Alerian MLP Etr | | | | | | | | | |
| 163. -Claymore Exchange Traded Fd Guggenheim | | | | | Sold | 07/05/12 | J | | |
| 164. -GreenHaven Continuous Commodity Index Fd | | | | | Sold | 04/09/12 | J | | |
| 165. -IShares Trust MSCI Emerging Markets Index fd EEM | | | | | | | | | |
| 166. -IShares Tr S&P Midcap 400 Value Index | | | | | | | | | |
| 167. -Powershares QQQ Tr Unit Ser 1 | | | | | | | | | |
| 168. -SPDR GOLD Tr Gold Shs | | | | | | | | | |
| 169. -SPDR S&P Midcap 400 ETF Tr Unit Ser 1 | | | | | | | | | |
| 170. -WisdomTree Emerging Mkts Equity | | | | | Buy | 07/05/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. TRUST #5 Pershing Brokerage Account | B | Int./Div. | M | T | | | | | trust assets listed below |
| 172. -Dreyfus Treasury Prime Inv MM | | | | | | | | | |
| 173. -ALPS Etf Tr Alerian MLP Etf | | | | | | | | | |
| 174. -Claymore Exchange Traded Fd Guggenheim | | | | | Sold | 07/05/12 | J | | |
| 175. -GreenHaven Continuous Com Index Fd | | | | | Sold | 04/09/12 | J | | |
| 176. -Ishares Trust MSCI Emerging Markets Index Fd EEM | | | | | | | | | |
| 177. -IShares Tr S&P Midcap 400 Value | | | | | | | | | |
| 178. -Powershares QQQ Tr Unit Ser 1 | | | | | | | | | |
| 179. -SPDR GOLD Tr Gold Shs | | | | | | | | | |
| 180. -SPDR S&P Midcap 400 ETF Tr Unit Ser 1 | | | | | | | | | |
| 181. -WisdomTree Emerging Mkts Equity | | | | | Buy | 07/05/12 | J | | |
| 182. Trust #6 Pershing Brokerage Account | A | Int./Div. | L | T | | | | | trust assets listed below |
| 183. -Dreyfus Treasury Prime Inv MM | | | | | | | | | |
| 184. -ALPS Etr Tr Alerian MLP Etf | | | | | | | | | |
| 185. -Claymore Exchange Traded Fd Guggenheim | | | | | Sold | 07/05/12 | J | | |
| 186. -GreenHaven Continuous Commodity Index Fd | | | | | Sold | 04/09/12 | J | | |
| 187. -Ishares Trust MSCI Emerging Markets Index EEM | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ]  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  -IShares Tr S&P MidCap 400 Value | | | | | | | | | |
| 189.  -PowerShares QQQ Tr Unit Ser 1 | | | | | | | | | |
| 190.  -SPDR GOLD Tr Gold Shs | | | | | | | | | |
| 191.  -SPDR S&P MidCap 400 ETF Tr Unit Ser 1 | | | | | | | | | |
| 192.  -WisdomTree Emerging Mkts Equity | | | | | Buy | 07/05/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Dreyfus Treasury Prime Inv Money Market Account

IRA account summarized on line 17
Trust #1 on line 19
Trust #2 on line 90
Trust #3 on line 124
Trust #4 on line 161
Trust #5 on line 172
Trust #6 on line 183

Lines 17, 19, 90, 124, 161, 172, 183 Dreyfus Treasury Prime Inv Money Market Account was used as a vehicle to hold cash equivalent assets for purchase of other investments and to place sale proceeds pending other investments. Consequently, money moved in and out of these accounts with great frequency and no attempt was made to distinguish each transaction unless specifically requested.

Lines 6-9 fractional shares of Kinder Morgan Mgmt: Instead of paying cash dividends, Kinder Morgan issued fractional shares of stock. The fractional shares have no monetary value and no market until they accumulate to equal a full share.

All trust assets are accounted for herein. According to your instructions, the aggregate income and values were reported on lines 18, 89, 123, 160, 171, 182. Identification of the trusts was omitted for security purposes, but will be provided if requested. Naturally, the records of each individual trust are available for the committee's inspection upon request.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David R. Herndon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544